# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB; RALPHA HAROLD MACK, JUNIOR<br><br>Plaintiffs<br><br>v.<br><br>MONARCH TERRACE DEVELOPMENT, LP; and DOES 1 THROUGH 10, Inclusive<br><br>Defendants | Case No.: 5:17-cv-00660-AB-DTB<br><br>ORDER GRANTING JOINT STIPULATION FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

Based on the stipulation of the parties, IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), that Defendants MONARCH TERRACE DEVELOPMENT, LP be dismissed with prejudice from Plaintiffs' Complaint and Plaintiffs' Complaint be dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: September 6, 2017

_____
Honorable Judge André Birotte Jr.